878 A.2d 849

LASALLE NATIONAL BANK, TRUSTEE, PLAINTIFF–
RESPONDENT, v. THOMAS & CHERYL KOZIOL,
INC., DEFENDANT–PETITIONER.

July 22, 2005.

Denied.